DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

GARRISON v. BLAKENEY

No. 17 PC.

Case below: 37 N.C. App. 73.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 October 1978.

GRIMES v. GUARANTY CO.

No. 31 PC.

Case below: 37 N.C. App. 457.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 October 1978.

HAYMORE v. HAYMORE

No. 12 PC.

Case below: 37 N.C. App. 232.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.

IN RE DEW

No. 16 PC.

Case below: 37 N.C. App. 232.

Petition by petitioner for discretionary review under G.S. 7A-31 denied 4 October 1978.

IN RE DUKE POWER CO.

No. 20 PC.

Case below: 37 N.C. App. 138.

Petition by High Rock Lake Assoc. for discretionary review under G.S. 7A-31 denied 4 October 1978. Motion of Utilities Commission and Duke Power Co. to dismiss appeal for lack of substantial constitutional question allowed 4 October 1978.